| | |
|---|---|
| 1 | **RIMAC MARTIN** |
| 2 | A Professional Corporation<br>ANNA M. MARTIN - State Bar No. 154279 |
| 3 | WILLIAM REILLY - State Bar No. 177550<br>1051 Divisadero Street |
| 4 | San Francisco, CA 94115<br>Telephone: (415) 561-8440 |
| 5 | Facsimile: (415) 561-8430 |
| 6 | Attorneys for Plaintiff<br>HOMETEAM PEST DEFENSE, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | | |
|---|---|---|
| HOMETEAM PEST DEFENSE, INC., | ) | |
| | ) | CASE NO. CV 09-1158 JSW |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION AND** |
| vs. | ) | **PERMANENT INJUNCTION** |
| | ) | |
| DAVID WOODMAN, ROBERTO BARON, | ) | [FRCP Rule 65 & Civil Local Rule 65-1] |
| TIM KATRONES, MICHAEL | ) | |
| FAULKENBERRY, MICHAEL ISHAM, | ) | |
| GLEN MCCAULEY, SEAN MCCAULEY, | ) | |
| DELTA PEST CONTROL, and DOES 1 | ) | |
| through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

---

| STIPULATION & PERMANENT<br>INJUNCTION | CASE NO. CV 09-1158 JSW |
|---|---|

1  Plaintiff HOMETEAM PEST DEFENSE, INC.("HomeTeam") and Defendants DAVID
2  WOODMAN, ROBERTO BARON, TIM KATRONES and MICHAEL FAULKENBERRY,
3  MICHAEL ISHAM hereby stipulate as follows:
4     1.   While employed at HomeTeam DAVID WOODMAN, ROBERTO BARON, TIM
5         KATRONES, MICHAEL FAULKENBERRY and MICHAEL ISHAM became
6         personally acquainted with HomeTeam's customer;
7     2.   While employed at HomeTeam DAVID WOODMAN, ROBERTO BARON, TIM
8         KATRONES, MICHAEL FAULKENBERRY and MICHAEL ISHAM learned
9         Trade Secrets and Confidential Business Information used by HomeTeam.
10    3.   HomeTeam's customers, Trade Secrets and Confidential Business Information are
11        special and unique assets of HomeTeam and HomeTeam would sustain great loss
12        if they were disclosed and/or misappropriated.
13 DAVID WOODMAN, ROBERTO BARON, TIM KATRONES, MICHAEL FAULKENBERRY
14 and MICHAEL ISHAM stipulate that they are permanently restrained as follows:
15    4.   Directly or indirectly soliciting any employee of HomeTeam to leave or terminate
16        his or her employment with HomeTeam.
17    5.   Directly or indirectly soliciting business from any person or entity that was a
18        HomeTeam customer at the time their employment with HomeTeam ended; and
19    6.   From using and/or disclosing HomeTeam's Trade Secrets and/or Confidential
20        Business Information including but not limited to customer lists.
21
22    SO STIPULATED.
23
24 DATED: May 4, 2009       RIMAC MARTIN, P.C.
25
26        By: _____
          Anna M. Martin
27           Attorneys for Plaintiff HomeTeam
28

DATED: 5/5/09      By: _____
                        DAVID WOODMAN

DATED: 5/5/0C      By: _____
                        ROBERTO BARON

DATED: 5/5/09      By: _____
                        TIM KATRONES

DATED: 6/5/09      By: _____
                        MICHAEL FAULKENBERRY

DATED: 5/5/09      By: _____
                        MICHAEL ISHAM

SO ORDERED:

DATED: May 18, 2009    _____
                       Jeffrey S. White
                       United States District Court Judge

STIPULATION & PERMANENT
INJUNCTION                    - 3 -           CASE NO. CV 09-1158 JSW