**RIMAC MARTIN**
A Professional Corporation
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
WILLIAM REILLY - State Bar No. 177550
JOSHUA HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

Attorneys for Plaintiff
HOMETEAM PEST DEFENSE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | |
|---|---|
| HOMETEAM PEST DEFENSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID WOODMAN, ROBERTO BARON, TIM KATRONES, MICHAEL FAULKENBERRY, MICHAEL ISHAM, GLEN MCCAULEY, SEAN MCCAULEY, DELTA PEST CONTROL, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. CV 09-1158 JSW <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF /TO TAKE THE JULY 28, 2009 CASE MANAGEMENT CONFERENCE OF CALENDAR |

The court, having reviewed plaintiff's Request for Administrative Relief /To Take the July 28, 2009 Case Management Conference of Calendar, and having reviewed the papers in support of, and good cause appearing therefor, IT IS ORDERED that the July 31, 2009 case management conference be continued to August 14, 2009 to permit the parties to finalize the settlement and file a stipulation of dismissal.

DATED: July 29, 2009                              _____
                                                  Jeffrey S. White
                                                  United States District Court Judge

---

ORDER GRANTING PLAINTIFF'S REQUEST
FOR ADMINISTRATIVE RELIEF                                          CASE NO. **CV 09-1158 JSW**